IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GEORGE A. MOSBY,

    Plaintiff,

v.                              Civil Action No. 3:10CV133

OFFICER SMITH, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 22, 2010, the Court conditionally docketed Plaintiff's action. On March 30, 2010, the March 22, 2010 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER" and "Inmate Released." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                      /s/        REP
                            Robert E. Payne
                            Senior United States District Judge

Date: April 13, 2010
Richmond, Virginia